IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BARBARA SHELTON )
)
v. ) NO. 3-12-0688
) JUDGE CAMPBELL
KEVIN WALDRON, et al. )

ORDER

Pending before the Court is Plaintiff's Motion to Allow Counsel to Personally File Exhibits (Docket No. 28). The Motion is GRANTED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE