IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BARBARA SHELTON | ) |
| | ) |
| v. | ) NO. 3-12-0688 |
| | ) JUDGE CAMPBELL |
| KEVIN WALDRON, et al. | ) |

ORDER

Pending before the Court is Defendants' Motion for Summary Judgment (Docket No. 25). For the reasons stated in the accompanying Memorandum, Defendant's Motion is GRANTED, and this action is DISMISSED. Any other pending Motions are denied as moot, and the Clerk is directed to close the file.

The pretrial conference set for February 24, 2014, and the jury trial set for March 4, 2014, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE